UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID JOHNSON #163802,

    Petitioner,

v.

File no: 2:07-CV-23

HON. ROBERT HOLMES BELL

LINDA M. METRISH,

    Respondent.

_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Petitioner's motion for abatement (docket #13) is **DENIED.**


Dated:  February 25, 2008      /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                   CHIEF UNITED STATES DISTRICT JUDGE